# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HAROLD MARCEL PARKER, JR.

VERSUS

LIVINGSTON PARISH GOVERNMENT

NO. 2024 CW 0979

OCTOBER 15, 2024

---

In Re: Joseph Erdey, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 182,770.

---

BEFORE: GUIDRY, C.J., PENZATO AND STROMBERG, JJ.

**WRIT GRANTED.** The trial court's September 13, 2024 "Vacate Order of Appeal," which vacated the Order of Suspensive Appeal as to the judgment signed on July 31, 2024 and converted that appeal to a devolutive appeal, is reversed. The jurisdiction of the trial court over all matters in the case reviewable under the appeal is divested, and that of the appellate court attaches, on the granting of the order of appeal and the timely filing of the appeal bond, in the case of a suspensive appeal. See La. Code Civ. P. art. 2088(A). The suspensive appeal order was granted on August 26, 2024 without the necessity of posting bond or other security. The suspensive appeal seeks review of the trial court's judgment signed on July 31, 2024. Accordingly, the trial court had no jurisdiction to vacate its suspensive appeal order as to that ruling.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT